UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN GOODE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAYAN LOPEZ, et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00565-CDS-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

On April 14, 2023, *pro se* plaintiff Shawn Goode, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. Docket Nos. 1, 1-1. Plaintiff's application to proceed *in forma pauperis* is incomplete because Plaintiff did not include an inmate trust fund account statement for the previous six-month period with the application. Even if Plaintiff has not been at an NDOC facility for a full six-month period, Plaintiff must still submit a financial certificate and an inmate account statement for the dates Plaintiff has been in NDOC custody.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court: (1) a completed Application to Proceed *in Forma Pauperis* for Inmate, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed Financial Certificate, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the inmate's prison or jail trust fund account statement for the previous six-month period. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2. *In forma pauperis* status does not

relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff's application to proceed in forma pauperis, Docket No. 1, is **DENIED** without prejudice.

IT IS FURTHER ORDERED that, no later than **June 19, 2023**, Plaintiff must either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Shawn Goode the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint and exhibits, Docket No. 1-1, but not file them at this time.

IT IS SO ORDERED.

DATED: April 20, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE